1012 

[No. 24001-1-III. Division Three. July 27, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. TODD EARL BRIDGES, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-03868-6, Gregory D. Sypolt, J., entered March 25, 2005. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 24023-1-III. Division Three. July 27, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. COLT ALLEN O'CONNELL, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-03615-4, Neal Q. Rielly, J., entered April 8, 2005. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Brown and Kulik, JJ.

[No. 24233-1-III. Division Three. July 27, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. LUCAS MARLIN Z., *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 04-8-00956-1, Mike R. Johnston, J. Pro Tem., entered May 20, 2005. *Affirmed* by unpublished opinion per Kato, J., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 24573-0-III. Division Three. July 27, 2006.]

*In the Matter of the Postsentence Review of* MYRON A. MANIER.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-8-01362-4, Tari S. Eitzen, J., entered June 27, 2005. Petition *denied* by unpublished opinion per Kato, J., concurred in by Sweeney, C.J., and Kulik, J. Now published at 135 Wn. App. 33.